# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **R2 SOLUTIONS LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TARGET CORPORATION,**<br><br>*Defendant*. | **Civil Action No. 4:21-cv-00092** |

### NOTICE OF ADDITIONAL ATTACHMENTS TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)

- 2 -

Attached please find Exhibits 1–8, 11–22, and a Proposed Order Denying Target Corporation's Motion to Transfer Venue.

Dated: May 19, 2021

Respectfully submitted,

*/s/ Edward R. Nelson III*
**EDWARD R. NELSON III**
STATE BAR NO. 00797142
**BRENT N. BUMGARDNER**
STATE BAR NO. 00795272
**CHRISTOPHER C. GRANAGHAN**
STATE BAR NO. 24078585
**HILL BRAKEFIELD**
STATE BAR NO. 24110604
**NELSON BUMGARDNER ALBRITTON PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111
ed@nbafirm.com
brent@nbafirm.com
chris@nbafirm.com
hill@nbafirm.com

**COUNSEL FOR**
**PLAINTIFF R2 SOLUTIONS LLC**