## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC, | |
| Plaintiff, | |
| | Civil Action No. 4:21-cv-00092 |
| v. | |
| Target Corporation, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff R2 Solutions LLC ("R2 Solutions") and Defendant Target Corporation ("Target") hereby state that they have resolved the matters in controversy between them.  Accordingly, R2 Solutions and Target stipulate that any and all claims by and between R2 Solutions and Target in the above-captioned action shall be dismissed WITH PREJUDICE.

For this reason, R2 Solutions and Target ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

**Dated:**  September 24, 2021                Respectfully submitted,

*/s/ Edward R. Nelson III*
**Edward R. Nelson III**
State Bar No. 00797142
**Brent N. Bumgardner**
State Bar No. 00795272
**Christopher G. Granaghan**
State Bar No. 24078585
**NELSON BUMGARDNER ALBRITTON PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111

*/s/ Lauren Steinhaeuser*
**LAUREN STEINHAEUSER**
Minnesota Bar No. 0392477
**DOOWON CHUNG**
Minnesota Bar No. 0397413
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Ctr. 90 S. Seventh St.
Minneapolis, Minnesota 55402
Tel: (612) 766-6879
Fax: (612)766-1600
Lauren.Steinhaeuser@faegredrinker.com

ed@nbafirm.com
brent@nbafirm.com
chris@nbafirm.com

**COUNSEL FOR PLAINTIFF**
**R2 SOLUTIONS LLC**

Doowon.Chung@faegredrinker.com

**ROGER D. SANDERS**
TX State Bar No. 17604700
**J. MICHAEL YOUNG**
TX State Bar No. 00786465
**SANDERS, MOTLEY, YOUNG & GALLARDO**
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133
(903) 892-4302 (fax)
rsanders@somlaw.net
myoung@somlaw.net

**COUNSEL FOR DEFENDANT**
**TARGET CORPORATION**

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant and the parties are in agreement as to the relief sought by this joint stipulation.

*/s/ Edward R. Nelson III*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on September 24, 2021 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*